G. A. BAKER & Co., INC., Respondent, *v.* POLYGRAPHIC COMPANY OF AMERICA, INC., Appellant, Impleaded with Another.

POLYGRAPHIC COMPANY OF AMERICA, INC., Appellant, *v.* G. A. BAKER & Co., INC., Respondent. (Consolidated Actions.)

(Submitted February 26, 1934; decided March 6, 1934.)

*Joseph Quittner* for motion.

*J. Alvin Van Bergh* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground appellant has the right to appeal without permission.